UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 03-112** |
| **TROY KENDRICK** | **SECTION "N"** |

### ORDER AND REASONS

Presently before the Court is a motion filed by Mr. Kendrick seeking a two-level reduction of his total offense level and a sentence at the bottom of the resulting Sentencing Guidelines range. *See* Rec. Doc. No. 33. Mr. Kendrick's motion asserts no lawful basis, however, for such a reduction. Rather, it simply rests on Mr. Kendrick's personal opinion that his prior sentence reduction for substantial assistance should have been larger, and that a reduced sentence would provide sufficient punishment and opportunity for rehabilitation. Given the foregoing, **IT IS ORDERED** that the motion (Rec. Doc. No. 33) is **DENIED**.

Following receipt of the above-referenced motion, the Court's staff received a telephone call from someone purporting to be Mr. Kendrick's friend. The caller suggested that Mr. Kendrick also requests relief relative to his sentence pursuant to the provisions of 18 U.S.C. §3582(c)(2). To the extent that Mr. Kendrick believes relief under 18 U.S.C. §3582 to be warranted, he must submit that request to the Court by written motion.

New Orleans, Louisiana, this 31st day of January 2008.

_____
KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE